1

2

3

4

5

6

7

8

9   **UNITED STATES DISTRICT COURT**

10   **DISTRICT OF NEVADA**

11

R. KEITH MAIDMAN,                    )
12          #50887                           )
                                    )
13          Plaintiff,                     )          2:12-cv-01803-JCM-CWH
                                    )
14   vs.                                   )
                                    )          **ORDER**
15   RICHARD MARSHALL, *et al.*,            )
                                    )
16          Defendants.                    )
     _____/

17

18          Plaintiff has submitted a *pro se* civil rights complaint.  However, his application to

19   proceed *in forma pauperis* is incomplete; he has failed to include the financial certificate signed by an

20   authorized officer as well as his institutional account statement. *See* 28 U.S.C. § 1915(a)(1)-(2); Local

21   Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff's action is dismissed without prejudice.

22   If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with

23   either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved

24   form.  The application must be accompanied by all required financial documentation, including the

25   institutional account statement, as described in the instructions for use of the form.

26

**IT IS THEREFORE ORDERED** that the clerk shall **DETACH** and **FILE** the complaint (ECF #1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the clerk shall enter judgment accordingly and close this case.

DATED November 8, 2012.

UNITED STATES DISTRICT JUDGE

2