# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| R. KEITH MAIDMAN,<br>  #50887 )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD MARSHALL, *et al.*, )<br>)<br>       Defendants. )<br>_____/ | 2:12-cv-01803-JCM-CWH<br><br>**ORDER** |

Plaintiff has submitted a *pro se* civil rights complaint. However, his application to proceed *in forma pauperis* is incomplete; he has failed to include the financial certificate signed by an authorized officer as well as his institutional account statement. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, including the institutional account statement, as described in the instructions for use of the form.

1    **IT IS THEREFORE ORDERED** that the clerk shall **DETACH** and **FILE** the complaint (ECF #1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the clerk shall enter judgment accordingly and close this case.

DATED November 8, 2012.

_____
UNITED STATES DISTRICT JUDGE